INDICTMENT SEALING FORM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 26 2010 ★
LONG ISLAND OFFICE

Case name: _US v. Chris Orsaris_

Reason for Sealing: <u>Interest of Justice and to reduce any potential for the distruction of evidence, threats against witnesses or flight to avoid prosecution prior to the apprehension of the defendant.</u>

CR 10 232
WEXLER, J.

BOYLE, M.

By: _[signature]_
Assistant United States Attorney

Date: 3/24/10

United States Attorney's Office
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722