FILED
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 26 2010 ★
LONG ISLAND OFFICE

CALENDAR MINUTES
ON GRAND JURY PRESENTMENT

Before Magistrate Judge __BOYLE__ Date __3/25/10__

The Grand Jury of __10/07/09__ handed up  CR 10 232

WEXLER, J.
BOYLE, M.

__/__ Indictment(s) which were ordered filed by the Court.
(number)

__/__ Indictment(s) were ordered sealed by the Court.
(number)

__/__ Bench Warrants were ordered by the Court.
(number)

The Grand Jury thereupon

__✓__ returned for further deliberation.

____ having completed its business, was dismissed with the thanks of the Court.

Robert C. Heinemann
Clerk of the Court

_____
Deputy Clerk