232 wexler
Boyle

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 26 2010 ★

LONG ISLAND OFFICE

USAO# 2009R00494

1. Title of Case: __United States v. Chris Orsaris__

2. Related Magistrate Docket Number(s)

    None ( X )

    **CR 10 232**

    **WEXLER, J.**
    **BOYLE, M.**

3. Arrest Date: __N/A__

4. Nature of offense(s):  ☒ Felony
    ☐ Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): __N/A__

6. Projected Length of Trial:  Less than 6 weeks  ( x )
    More than 6 weeks  ( )

7. County in which crime was allegedly committed: __Suffolk/Nassau/Queens__
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?  (X) Yes  ( ) No

9. Have arrest warrants been ordered?  (X) Yes  ( ) No

10. Is a capital count included in the indictment?  ( ) Yes  (X) No

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: _____
Burton T. Ryan
Assistant U.S. Attorney
(631) 715-7853

Rev. 10/01/03