JMM:BTR
F.#2009R00494

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA         O R D E R

   - against -                 10 CR 232(LDW)

CHRIS ORSARIS,

   Defendant.

- - - - - - - - - - - - - - - - -X

      UPON THE APPLICATION of the United States by Burton T. Ryan, Jr., Assistant United States Attorney, on behalf of BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, it is hereby

      ORDERED that, the above-captioned indictment be unsealed for all purposes.

Dated: Central Islip, New York.
      March 29, 2010

                            SO ORDERED

                            _____
                            HON. LEONARD D. WEXLER
                            SENIOR UNITED STATES DISTRICT JUDGE
                            EASTERN DISTRICT OF NEW YORK