IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
EASTERN DIVISION

- - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CR-10-0232 |
| ) | |
| v. ) | |
| ) | |
| CHRIS ORSARIS ) | |
| ) | |
| Defendant. | |

- - - - - - - - - - - - - - - - X

**DECLARATION OF PUBLICATION**

According to my review of the electronic database maintained by Department of Justice, notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 10, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 8, 2013.

_____
Brian Gappa
FSA Asset Forfeiture Paralegal

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK, EASTERN DIVISION
## COURT CASE NUMBER: CR-10-0232; NOTICE OF FORFEITURE

Notice is hereby given that on December 14, 2012, in the case of <u>U.S. v. CHRIS ORSARIS</u>, Court Case Number CR-10-0232, the United States District Court for the Eastern District of New York entered an Order condemning and forfeiting the following property to the United States of America:

The sum of $750,0000 which represents the proceeds of the sale of UNIT 79A, TRUMP WORLD TOWER 845 UNITED NATIONS PLAZA, NEW YORK, N.Y. (10-IRS-000607)

The sum of $65,527.21 which represents the proceeds of the sale of 101 20TH STREET, APT 2606, MIAMI BEACH, FLORIDA (10-IRS-000610)

HSBC Account 032557477 (10-IRS-000611) which was seized from ORSARIS, CHRIS on March 29, 2010 at HSBC P.O. BOX 1145, located in BUFFALO, NY

HSBC Account 032109105 (10-IRS-000612) which was seized from ORSARIS, CHRIS on March 29, 2010 at HSBC P.O. BOX 1145, located in BUFFALO, NY

HSBC Account 942159977 (10-IRS-000613) which was seized from ORSARIS, CHRIS on March 29, 2010 at HSBC P.O. BOX 1145, located in BUFFALO, NY

All Rental Income from the r/p Trump World Tower (10-IRS-001500) which was obtained, between April 6, 2010 through and including October 9, 2012 at Trump World Plaza, located in New York, NY

All Right, Title and Interest in "Major Ford" (10-IRS-001502)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (January 10, 2013) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 100 Federal Plaza, Central Islip, NY  11722, and a copy served upon Assistant United States Attorney JAMES H. KNAPP, 610 Federal Plaza, 5th Floor, Central Islip, NY  11722. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between January 10, 2013 and February 08, 2013. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. CHRIS ORSARIS

**Court Case No:** CR-10-0232
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 01/10/2013 | 24.0 | Verified |
| 2 | 01/11/2013 | 24.0 | Verified |
| 3 | 01/12/2013 | 24.0 | Verified |
| 4 | 01/13/2013 | 24.0 | Verified |
| 5 | 01/14/2013 | 24.0 | Verified |
| 6 | 01/15/2013 | 24.0 | Verified |
| 7 | 01/16/2013 | 24.0 | Verified |
| 8 | 01/17/2013 | 24.0 | Verified |
| 9 | 01/18/2013 | 24.0 | Verified |
| 10 | 01/19/2013 | 23.9 | Verified |
| 11 | 01/20/2013 | 23.9 | Verified |
| 12 | 01/21/2013 | 24.0 | Verified |
| 13 | 01/22/2013 | 24.0 | Verified |
| 14 | 01/23/2013 | 24.0 | Verified |
| 15 | 01/24/2013 | 24.0 | Verified |
| 16 | 01/25/2013 | 24.0 | Verified |
| 17 | 01/26/2013 | 24.0 | Verified |
| 18 | 01/27/2013 | 24.0 | Verified |
| 19 | 01/28/2013 | 24.0 | Verified |
| 20 | 01/29/2013 | 24.0 | Verified |
| 21 | 01/30/2013 | 24.0 | Verified |
| 22 | 01/31/2013 | 24.0 | Verified |
| 23 | 02/01/2013 | 24.0 | Verified |
| 24 | 02/02/2013 | 24.0 | Verified |
| 25 | 02/03/2013 | 24.0 | Verified |
| 26 | 02/04/2013 | 24.0 | Verified |
| 27 | 02/05/2013 | 24.0 | Verified |
| 28 | 02/06/2013 | 24.0 | Verified |
| 29 | 02/07/2013 | 24.0 | Verified |
| 30 | 02/08/2013 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.