# CRIMINAL CAUSE FOR SENTENCING

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** December 18, 2013
**TIME:** 11:15 to 11:35, 11:55 to 12:00 (25 Mins.)

**DOCKET:** 10-CR-0232 (LDW)
**TITLE:** USA v. Orsaris

**APPEARANCES:**
- **Chris Orsaris (deft # 1)**
  - Present
  - In Custody
  - Represented by **Marc A. Agnifilo (Retained)** and **Joseph R. Conway (Retained)**

- United States of America
  - Represented by **Burton T. Ryan, Jr., AUSA**

- Probation: **Linda Fowle**

- Court Reporter: **Mary Ann Steiger**

- Courtroom Deputy: Eric L. Russo

---

✓ Case called.

✓ Defendant appears with counsel.

✓ Defendant sentenced on count one (1s) of the **Superceding Information** filed on 12/14/2012.

✓ SENTENCE: **Eighty-five (85) months imprisonment**, with credit for time already served. The Court recommends to the Bureau of Prisons that the defendant be housed in Fort Dix Federal Correctional Facility.

✓ SUPERVISED RELEASE: **Three (3) years**. As a condition of supervision, the defendant is directed to pay the Internal Revenue Service (IRS) **two million, seven hundred thousand dollars ($2,700,000.00)**.

✓ SPECIAL ASSESSMENT: **$100.00, due immediately.**

✓ RESTITUTION: **Fourteen million, three hundred and thirty-seven thousand, four hundred and twelve dollars and twenty-five cents ($14,337,412.25).** See judgment for schedule of payments and amounts owed to specific payees.

✓ Defendant waived of his right to appeal.

✓ Counts one (1) through one hundred and sixty-two (162) of the Indictment are dismissed on the motion of the United States.

✓ Final Order of Forfeiture executed.

✓ Defendant remanded to the custody of the US Marshal.

✓ Proceedings concluded.